

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2019

No. 04-19-00500-CV

**ESTATE OF BRADLEY KEITH JOHNSON,**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On June 20, 2019, the trial court signed a final judgment granting a motion to dismiss under the Texas Citizens Participation Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003.

Appellant Mary Ann Johnson timely filed (1) a request for findings of fact and conclusions of law and (2) a notice of past due findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297. Appellant also timely filed a motion for new trial and a notice of appeal.

To date, the trial court has not filed its findings of fact and conclusions of law. *See Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 772 (Tex. 1989) (noting that, after proper request and reminder, "the trial court's duty to file findings and conclusions is mandatory"); *accord Brown v. McGonagill*, 940 S.W.2d 178, 179 (Tex. App.—San Antonio 1996, no writ). If the trial court fails to file findings and conclusions after a timely request and reminder, we presume harm unless the face of the record affirmatively shows otherwise. *Tenery v. Tenery*, 932 S.W.2d 29, 30 (Tex. 1996); *McLaughlin, Inc. v. Northstar Drilling Techs., Inc.*, No. 04-02-00511-CV, 2003 WL 21696635, at *1 (Tex. App.—San Antonio July 23, 2003, no pet.) (mem. op.).

On August 2, 2019, Appellant moved to abate the appeal and remand the cause to the trial court with an order for it to file findings of fact and conclusions of law. In her motion, Appellant asserts findings of fact and conclusions of law would narrow the issues on appeal and foster judicial economy.

We request Appellees' response to Appellant's motion. If Appellees choose to file a response, Appellees must file the response within TEN DAYS of the date of this order.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court